# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TOYA JAMISON,<br><br>             Plaintiff,<br><br>    vs.<br><br>STATE FARM INSURANCE COMPANY, an Illinois Corporation; and DOES 1-10,<br><br>             Defendants. | Case No. 2:19-cv-9579-MWF-PLA<br><br>The Hon. Michael W. Fitzgerald<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: February 23, 2021 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted as modified**.

**IT IS SO ORDERED.**

DATED: July 7, 2020

*[signature: Paul L. Abrams]*

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE